| | | |
|---|---|---|
| US DISTRICT COURT OF THE SOUTHERN DISTRICT OF NEW YORK<br>COUNTY OF | | **AFFIDAVIT OF SERVICE**<br>ATTORNEY: LOVETT<br>FF/INDEX #: 07 CIV. 3689<br>DATE FILED: 5/9/07<br>DOCKET #: |

Case 7:07-cv-03689-SCR   Document 3   Filed 05/23/2007   Page 1 of 1

**PETER PANSE**

Plaintiff(s)/Petitioners(s)

- AGAINST -

**ENLARGED CITY SCHOOL DISTRICT OF MIDDLETOWN, NEW YORK**

Defendants(s)/Respondent(s)

COURT D/T:
AMOUNT:

**STATE OF NEW YORK COUNTY OF ORANGE ss:**

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF PENNSYLVANIA.

That on **5/18/07** at **9:40 AM** at **BOARD OF ED. 223 WISNER, MIDDLETOWN, NEW YORK 10940**

deponent served the within **SUMMONS & VERIFIED COMPLAINT WITH INDEX # AND DATE OF FILING ENDORSED THEREON & ELECTRONIC FILING RULES**

on **ENLARGED CITY SCHOOL DISTRICT OF MIDDLETOWN, NEW YORK**     therein named

**CORPORATION**  ☑ By delivering to and leaving with **ROSEANN GUGLIELMO** so served to be the **GENERAL AGENT** and that he knew the person of the corporation, and authorized to accept service.

☐ AND AT THE SAME TIME PAYING IN ADVANCE     THE AUTHORIZED FEE

**DESCRIPTION**    Deponent describes the individual served as follows:

**FEMALE, WHITE SKIN, RED/BROWN HAIR, 53-63 YRS., 5'3"-5'6", 130-140 LBS.**

Other identifying features:

Sworn to before me on: **MAY 18, 2007**

_JoAnn Johnson_ (signature)

_Joseph Sherlock_ (signature)
JOSEPH SHERLOCK

JOHN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISSION EXPIRES JULY 15, 20__
01G05013764

JOANN JOHNSON
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISSION EXPIRES AUGUST 15, 20_10_
01J05031856

KATHLEEN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISSION EXPIRES NOVEMBER 30, 20__
4632958