# LEWIS BRISBOIS BISGAARD & SMITH LLP

### ATTORNEYS AT LAW

199 WATER STREET, TWENTY-FIFTH FLOOR, NEW YORK, NEW YORK 10038
PHONE: 212.232.1300 | FAX: 212.232.1399 | WEBSITE: www.lbbslaw.com

**PETER J. BIGING**
DIRECT DIAL: (212) 232-1363
E-MAIL: BIGING@LBBSLAW.COM

JUNE 5, 2007

FILE NO.
6234-5756

# MEMO ENDORSED

## VIA FACSIMILE: (914) 390-4179

Hon. Stephen C. Robinson
United States Courthouse
300 Quarropas St., Room 633
White Plains, NY 10601

> Re:  ***Peter Panse v. Enlarged city School District of Middletown***
> United States District Court, Southern District of New York
> Docket No.:      CV 07 3689 (SCR)

Dear Judge Robinson:

This firm has recently been retained to represent the defendant Enlarged City School District of Middletown, New York in the above-referenced case. Counsel for Plaintiff has graciously agreed to consent to our request for an extension of time to answer or move with respect to the Complaint until July 3, 2007. Accordingly, we respectfully request that the court so-order the deadline for answering or otherwise moving against the Complaint until July 3, 2007.

Respectfully submitted,

**APPLICATION GRANTED**

*Stephen C. Robinson*

_____
HON. STEPHEN C. ROBINSON
6/6/07

Peter J. Biging, Esq.
LEWIS BRISBOIS BISGAARD & SMITH LLP

PJB:awl

cc:   Jonathan Lovett, Esq. (via fax and regular mail)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

LOS ANGELES      SAN FRANCISCO      SAN DIEGO      ORANGE COUNTY      INLAND EMPIRE      SACRAMENTO      LAS VEGAS      PHOENIX      TUCSON      CHICAGO
213.250.1800      415.362.2580      619.233.1006      714.545.9200      909.387.1130      916.564.5400      702.893.3383      602.385.1040      520.202.2565      312.345.1718

4852-1980-3137.1