# LEWIS BRISBOIS BISGAARD & SMITH LLP

## ATTORNEYS AT LAW

### 199 WATER STREET, TWENTY-FIFTH FLOOR, NEW YORK, NEW YORK 10038
PHONE: 212.232.1300 | FAX 212.232.1399 | WEBSITE: www.lbbslaw.com

PETER J. BIGING
DIRECT DIAL: (212) 232-1363
E-MAIL: BIGING@LBBSLAW.COM

JUNE 29, 2007

FILE NO.
6234-5756

**VIA FACSIMILE: (914) 390-4179**

Hon. Stephen C. Robinson
United States Courthouse
300 Quarropas St., Room 633
White Plains, NY 10601

Re: ***Peter Panse v. Enlarged city School District of Middletown***
United States District Court, Southern District of New York
Docket No.:        CV 07 3689 (SCR)

Dear Judge Robinson:

This firm represents the defendant Enlarged City School District of Middletown in the above-referenced case. In light of the press of other matters, we have requested and counsel for Plaintiff has graciously agreed to consent to our request for a short second extension of time to answer or move with respect to the Complaint from July 3, 2007 until July 9, 2007. Assuming the Court has no objection to this brief additional extension of time for defendants to answer the complaint or otherwise move with respect thereto, it is respectfully requested that the Court so order this revised schedule.

**APPLICATION GRANTED**

*Stephen C Robinson*

HON. STEPHEN C. ROBINSION
7/2/07

PJB:awl

cc:    Jonathan Lovett, Esq. (via fax and regular mail)

Respectfully submitted,

Peter J. Biging, Esq.
LEWIS BRISBOIS BISGAARD & SMITH LLP

LOS ANGELES       SAN FRANCISCO       SAN DIEGO       ORANGE COUNTY       INLAND EMPIRE       SACRAMENTO       LAS VEGAS       PHOENIX       TUCSON       CHICAGO
213.250.1800      415.362.2580        619.233.1006    714.545.9200        909.387.1130        916.564.5400     702.893.3383    602.385.1040  520.202.2565  312.345.1718
4837-4629-5041.1