UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------- X
PETER PANSE,

                Plaintiff,                              07–CV–3689 (SCR)

      -against-                              **NOTICE OF MOTION**

ENLARGED CITY SCHOOL DISTRICT
OF MIDDLETOWN, New York,

                Defendant.
-------------------------------------------------- X

**PLEASE TAKE NOTICE** that, upon the annexed Declaration of Peter Biging, Esq., dated July 9, 2007, the exhibits annexed thereto, and the accompanying Memorandum of Law, Defendant Enlarged Central School District of Middletown, New York will move this Court, at the United States District Courthouse, Southern District of New York, located at 300 Quarropas Street, White Plains, New York, on a date to be set by the Court, for an Order pursuant to Fed. R. Civ. P. Rule 12(b)(6) dismissing the Plaintiff's Complaint, in its entirety, with prejudice on the grounds that (1) it constitutes improper claim splitting in impermissible duplicative actions, and (2) it fails, in any event, to state a claim for which relief can be granted; and granting such other and further relief as the Court may deem just and proper.

4812-0349-9009.1

Dated: July 9, 2007

                              Respectfully submitted,

                              LEWIS BRISBOIS BISGAARD & SMITH LLP

                              _____
                              Peter Biging (PB 9913)
                              199 Water Street, 25th Floor
                              New York, New York 10038
                              (212) 232-1300
                              Attorneys for Defendant Enlarged Central School
                              District of Middletown, New York

TO:    Jonathan Lovett, Esq.
         Lovett & Gould, LLP
         *Attorneys for Plaintiff*
         222 Bloomingdale Road, #304
         White Plains, New York 10605

4812-0349-9009.1