UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
PETER PANSE,                                                                    07 CV 3689 (SCR)
                                                                                            (ECF CASE)
                                            Plaintiff,

                        -against-                                                **AFFIDAVIT OF SERVICE**

ENLARGED CITY SCHOOL DISTRICT OF
MIDDLETOWN, New York,

                                            Defendant.
------------------------------------------------------------------ X

STATE OF NEW YORK     )
                                        ) ss.:
COUNTY OF NEW YORK  )

        **JOHN NIX**, being duly sworn, deposes and says: I am not a party to this action, am over 18 years of age and I reside in the County of Orange, State of New York. That on the **July 9, 2007**, I served a true copy of defendant Enlarged Central School District of Middletown, New York's NOTICE OF MOTION; DECLARATION OF PETER BIGING IN SUPPORT; and MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS, upon the following:

    Jonathan Lovett, Esq.
    Lovett & Gould, LLP
    *Attorneys for Plaintiff*
    222 Bloomingdale Road, #304
    White Plains, New York 10605
    Fax: (914) 428-8916

by mailing same in a sealed envelope, with postage prepaid thereon via **U.S. MAIL** within the State of New York.

                                                      _____
                                                            JOHN NIX

Sworn to before me this
9th day of July 2007

_____
Notary Public

SHADENA MORANT-DANIELS
Notary Public, State of New York
No. 24-4986342
Qualified in KingsCounty
Commission Expires Sept. 9, 200_

4827-5696-4609.1                                                              1