UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

PETER PANSE,

                Plaintiff,

           07 Civ. 3689 (SCR)

   -against-

ENLARGED CITY SCHOOL DISTRICT OF     **STIPULATION AND ORDER OF**
MIDDLETOWN,     **VOLUNTARY DISMISSAL**
New York,

                Defendants.

-----------------------------------------------------------x

      Pursuant to FRCP 41(a)(1) Plaintiff hereby dismisses this action without prejudice.

*Case Closed*

Dated: White Plains, N.Y.
       August 1, 2007

                                LOVETT & GOULD, LLP
                                By: _____
                                  Jonathan Lovett (4854)
                                Attorneys for Plaintiff
                                222 Bloomingdale Road
                                White Plains, N.Y. 10605
                                914-428-8401

SO ORDERED:

_____
Stephen C. Robinson
United States District Judge

*dated*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

1