UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

PETER PANSE,

                Plaintiff,

    -against-

ENLARGED CITY SCHOOL DISTRICT OF
MIDDLETOWN, New York,

                Defendants.

------------------------------------------------------------x

07 Civ. 3689 (SCR/GAY)

**NOTICE OF CROSS-MOTION FOR VOLUNTARY DISMISSAL**

      PLEASE TKAEN NOTICE that upon the annexed affirmation of Jonathan Lovett, duly sworn to August 13, 2007, and the Notice of Voluntary Discontinuance annexed thereto, Plaintiff will cross-move this Court at the United States Courthouse, 300 Quarropas Street, White Plains, N.Y. on a date to be fixed by the Court for a voluntary discontinuance without prejudice of this action pursuant to FRCP 41(a)(1)(i).

Dated: White Plains, N.Y.
       August 13, 2007

                                        LOVETT & GOULD, LLP
                                        By: _____
                                        Jonathan Lovett (4854)
                                        Attorneys for Plaintiff
                                        222 Bloomingdale Road
                                        White Plains, N.Y. 10605
                                        914-428-8401