UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

PETER PANSE,

                Plaintiff,

      -against-

ENLARGED CITY SCHOOL DISTRICT OF
MIDDLETOWN, New York,

                Defendants.

-----------------------------------------------------------x

07 Civ. 3689 (SCR)

**AFFIRMATION IN SUPPORT OF CROSS-MOTION FOR VOLUNTARY DISMISSAL**

JONATHAN LOVETT, an attorney duly admitted to practice before this Court, hereby affirms under penalty of perjury that the following statement is true:

1. I am counsel to Plaintiff and submit this affirmation and the accompanying stipulation and order of voluntary discontinuance by way of cross-motion to Defendant's motion pursuant to FRCP 12(b)(6).

2. Since defense counsel will not execute the annexed stipulation, without Plaintiff's agreement to make dismissal with prejudice, Plaintiff is submitting the stipulation in accordance with FRCP 41(a)(1)(i).

Dated: White Plains, New York
       August 13, 2007

                                                                             Jonathan Lovett (4854)