UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

PETER PANSE,

                Plaintiff,

                      07 Civ. 3689 (SCR)

-against-

ENLARGED CITY SCHOOL DISTRICT OF     **STIPULATION AND ORDER OF**
MIDDLETOWN, New York,                         **VOLUNTARY DISMISSAL**

                Defendants.

-----------------------------------------------------------x

        Pursuant to FRCP 41(a)(1) Plaintiff hereby dismisses this action without prejudice.

Dated: White Plains, N.Y.
          August 13, 2007

                                              LOVETT & GOULD, LLP
                                              By:_____
                                              Jonathan Lovett (4854)
                                              Attorneys for Plaintiff
                                              222 Bloomingdale Road
                                              White Plains, New York 10605

SO ORDERED:

_____
  Stephen C. Robinson
United States District Judge

1